```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VIKEYA WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>VIKEYA WILLIAMS,<br><br>            Defendant.<br>_____ | No. CR. S-06-148 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  July 7, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Vikeya Williams, that the status conference scheduled for July 7 may be continued to August 25, 2006, at 10:00 a.m.

   Defense counsel seeks additional time to review the case with Ms. Williams and to obtain medical and other records concerning her health condition, which may affect resolution of the case. In order to have time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded

/////

/////

/////

from the date of this order through the status conference on August 25, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 5, 2006                     /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for VIKEYA WILLIAMS


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: July 6, 2006                     /s/ T. Zindel for S. Spangler
                                        SAMANTHA SPANGLER
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 25, 2006, at 9:30 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  July 6, 2006                    /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge

Stip. in U.S.A. v. V. Williams          2