1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VIKEYA WILLIAMS
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR. S-06-148 EJG
                                    )
12            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
13       v.                         ) **AND EXCLUDING TIME**
                                    )
14 VIKEYA WILLIAMS,                 )
                                    ) Date:  August 25, 2006
15            Defendant.            ) Time:  10:00 a.m.
                                    ) Judge: Hon. Edward J. Garcia
16 _____  )

17

18      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

19 America, and defendant, Vikeya Williams, that the status conference scheduled

20 for August 25, 2006, may be continued to October 6, 2006, at 10:00 a.m.

21      Defense counsel seeks additional time to review the case with Ms. Williams

22 and to obtain medical and other records concerning her health condition, which

23 may affect resolution of the case.  Ms. Williams is also facing brain surgery

24 and it may be necessary to await the outcome of that surgery before moving the

25 case forward.  In order to have time to complete these tasks, the parties agree

26 that time under the Speedy Trial Act should be excluded from the date of this

27 /////

28 /////

order through the status conference on October 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 22, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for VIKEYA WILLIAMS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  August 22, 2006                 /s/ T. Zindel for S. Spangler
                                        SAMANTHA SPANGLER
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 6, 2006, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated:  August 25, 2006                 /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge
```