DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VIKEYA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-148 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| VIKEYA WILLIAMS, ) | |
| ) | Date: November 17, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Vikeya Williams, that the status conference scheduled for November 17, 2006, may be continued to January 19, 2007, at 10:00 a.m.

    The parties are exploring resolution by way of a guilty plea and transfer to the District of Nebraska pursuant to Federal Rule of Criminal Procedure 20. However, the parties have yet to draft the plea agreement, obtain the required approvals, and prepare paperwork necessary to effectuate a transfer. In order to do so, the parties ask to continue the status conference as set forth above and agree that time under the

Speedy Trial Act should be excluded from the date of this order through the status conference on January 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 16, 2006      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for VIKEYA WILLIAMS

McGREGOR SCOTT
United States Attorney

Dated: November 16, 2006      /s/ T. Zindel for S. Spangler
SAMANTHA SPANGLER
Assistant U.S. Attorney

## O R D E R

The status conference is continued to January 19, 2007, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November 16, 2006      /S/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge