DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VIKEYA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>VIKEYA WILLIAMS,              )<br>                              )<br>            Defendant.        )<br>_____) | No. CR. S-06-148 EJG<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  January 19, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Vikeya Williams, that the status conference scheduled for January 19 may be continued to February 23, 2007, at 10:00 a.m.

   After reviewing the possibility of a Rule 20 disposition in the District of Nebraska, where she resides, Ms. Williams has decide to resolve the case in Sacramento.  The parties therefore ask to continue the status conference to February 23 to afford Ms. Williams time to review the proposed plea agreement, find affordable air fare to Sacramento, and for counsel to arrange for the presentence interview to

1 take place on the same date.  For these reasons, the parties agree that
2 time under the Speedy Trial Act should be excluded from the date of this
3 order through the status conference on February 23, 2007, pursuant to 18
4 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 17, 2007         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for VIKEYA WILLIAMS


                                 McGREGOR SCOTT
                                 United States Attorney

Dated:  January 17, 2007         /s/ T. Zindel for S. Spangler
                                 SAMANTHA SPANGLER
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 23, 2007, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: January 17, 2007          /s/ Edward J. Garcia
                                 _____
                                 HON. EDWARD J. GARCIA
                                 United States District Judge

Stip. in U.S.A. v. V. Williams           2