**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*　　　　　(916) 498-5700  Fax: (916) 498-5710　　　　　*Linda C. Harter*
*Federal Defender*　　　　　　　　　　　　　　　　　　　　　　　　　　　*Chief Assistant Defender*

# M E M O R A N D U M

DATE:       April 26, 2007

TO:         Ms. Colleen Lydon, Courtroom Clerk to Hon. Edward J. Garcia

FROM:       Tim Zindel, Assistant Federal Defender

SUBJECT:    New J&S date and schedule in U.S.A. v. Vikeya Williams, Cr. S-06-0148 EJG

---

The parties have agreed to amend the sentencing schedule in Ms. Williams's case as follows and to continue the J&S from May 4 to **June 15, 2007, at 10:00 a.m.**  I also confirmed the new date with the assigned Probation Officer, Linda Alger.  The draft report has already been sent to both counsel.

|  |  |
|---|---|
| New J&S Date: | June 15, 2007 |
| Formal Objections due: | June 8, 2007 |
| Final Report due: | May 18, 2007 |
| Informal objections due: | May 11, 2007 |

My thanks to all.

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia, 4/26/07
　　　　　　　　　　　　　　　　　　HON. EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　United States District Judge


cc.    Ms. Linda Alger
       U.S. Probation