McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>VIKEYA LOVETTE WILLIAMS,         )<br>                                 )<br>            Defendant.           )<br>_____) | CR. No. 06-148 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING RE JUDGMENT<br>AND SENTENCING<br><br>DATE: June 22, 2007<br>TIME: 10:00 a.m.<br>COURT: Hon. Edward J. Garcia |

<u>Stipulation</u>

Plaintiff United States of America and defendant Vikeya Lovette Williams, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from June 15, 2007, to June 22, 2007 at 10:00 a.m.; and

2. Any sentencing memoranda will be due June 15, 2007.

The continuance is necessary because the prosecutor is scheduled for a Ninth Circuit argument in San Francisco on June 15, 2007.

///

///

///

1

|   |   |   |
|---|---|---|
| Defense counsel has authorized the prosecutor to sign this stipulation on his behalf. | | |

DATED: May 23, 2007         McGREGOR W. SCOTT
                            United States Attorney

                      by    /s/ Samantha S. Spangler
                            Samantha S. Spangler
                            Assistant U.S. Attorney

DATED: May 23, 2007         DANIEL J. BRODERICK
                            Federal Defender

                      by    /s/ Samantha S. Spangler for
                            Timothy L. Zindel
                            Assistant Federal Defender
                            Counsel for Ms. Williams

## Order

Good cause appearing, the hearing regarding judgment and sentencing shall be continued from June 15, 2007 to June 22, 2007 at 10:00 a.m.  Any sentencing memoranda are due June 15, 2007.

IT IS SO ORDERED.

DATED: May 24, 2007.        /s/ Edward J. Garcia
                            EDWARD J. GARCIA, Judge
                            United States District Court

2