```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VIKEYA WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-148 EJG |
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING JUDGMENT & SENTENCE** |
| v. | |
| VIKEYA WILLIAMS, | Date: June 22, 2007<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Vikeya Williams, that the hearing on judgment and sentence may be continued to July 13, 2007, at 10:00 a.m.

Ms. Williams intended to leave Omaha Wednesday morning in order to appear as scheduled on June 22, but the Amtrak train on which she planned to travel was fully booked (the trip by train from Nebraska to Sacramento is about two days). She is unable to afford air fare because the lowest available fare is triple the cost of train or bus fare. July 13 is the next date on which all counsel and the Court are available and it also turns out to be a preferable date for government counsel. Accordingly, the parties respectfully ask to continue the sentencing hearing to July

1  13, 2007, at 10:00 a.m.  (Upon the filing of the order, defense counsel
2  will assure that Ms. Williams books her travel in advance.)
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                            Federal Defender
5
6  Dated:  June 20, 2007                   /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for VIKEYA WILLIAMS
8
9                                           McGREGOR SCOTT
                                            United States Attorney
10
11 Dated:  June 20, 2007                   /s/ T. Zindel for S. Spangler
                                            SAMANTHA SPANGLER
12                                          Assistant U.S. Attorney
13
14                              **O R D E R**
15     Hearing on judgment and sentence is continued to July 13, 2007, at
16 10:00 a.m.
17     IT IS SO ORDERED.
18
19 Dated:  June 20, 2007                   /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
20                                          United States District Judge
21
22
23
24
25
26
27
28

Stip. in U.S.A. v. V. Williams            2