DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VIKEYA WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>VIKEYA WILLIAMS,<br><br>       Defendant. | No. CR. S-06-148 EJG<br><br>**STIPULATION AND ORDER RESCHEDULING JUDGMENT & SENTENCE**<br><br>Date:  July 13, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Vikeya Williams, that the hearing on judgment and sentence may be continued to August 17, 2007, at 10:00 a.m.

   The parties have agreed to continue Ms. Williams's sentencing because of two unexpected obstacles to her travel from her home in Omaha to Sacramento. First, although the hearing was rescheduled once before to enable her to purchase a train ticket, she did not anticipate that Amtrak fares would double during the month of July. Defense counsel today checked the Amtrak website and confirmed that the August fare is nearly half the July fare ($123 one-way compared to $239 one-way). Second, Ms. Williams is obligated to perform work project in lieu of

paying fines for traffic tickets in Omaha, but authorities there would not excuse her from performance of her obligations this week. She has discussed the problem with her Pretrial Services Officer in Omaha, who suggested she seek a new sentencing date. Because the parties both believe Ms. Williams will present herself for sentencing, they ask to continue the sentencing hearing to August 17, 2007, at 10:00 a.m.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 10, 2007

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for VIKEYA WILLIAMS

McGREGOR SCOTT
United States Attorney

Dated: July 10, 2007

/s/ T. Zindel for S. Spangler
SAMANTHA SPANGLER
Assistant U.S. Attorney

**O R D E R**

Hearing on judgment and sentence is continued to August 17, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 19 2007

HON. EDWARD J. GARCIA
United States District Judge

Stip. in U.S.A. v. V. Williams                2