**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

**FILED**
DEC 12 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATE:     December 10, 2008

TO:       Ms. Colleen Lydon, Courtroom Deputy to Hon. Edward J. Garcia

FROM:     Tim Zindel, Assistant Federal Defender

SUBJECT:  United States v. Vikeya L. Williams, 2:06-CR-0148 EJG

---

The parties ask to convert the violation hearing in Ms. Williams to a status conference and to continue it one week from December 12, 2008, to **Friday, December 19, 2008 at 10:00 a.m.**

The continuance is intended to give defense counsel additional time to consult with Ms. Williams, Probation, and government counsel regarding resolution of the pending petition.

- - - - -

IT IS SO ORDERED.

Dated: December 11, 2008

HON. EDWARD J. GARCIA
United States District Judge

cc:   Samantha S. Spangler, Assistant United States Attorney
      Debbie Spencer, United States Probation Officer